Randy G. SPENCER, Appellant,

v.

Steve MOORE; Lea Pemberton; Shawna Montgomery; Michael Kimbrough; Kelley Steward; Krista Thompson; Frank Dunnington; Harvey; Lori Bergener; Norma Beck; Steve Cline;

Darcy Crees; Fontella Burton; Dale Campbell; Janet Meyers; Gary Hoover; Lori Cox; CMS, Inc.; Shawna Montgomery, Appellees.

No. 02–2153.

United States Court of Appeals, Eighth Circuit.

Submitted July 5, 2002.

Filed July 9, 2002.

Before LOKEN, BEAM, and RILEY, Circuit Judges.

PER CURIAM.

Missouri inmate Randy G. Spencer appeals from the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b)(1) and (2). Upon careful de novo review of the record, *see Portley–El v. Brill*, 288 F.3d 1063, 1065 (8th Cir.2002), we conclude that Spencer's complaint was properly dismissed because it failed to state a claim upon which relief could be granted.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The HONORABLE FERNANDO J. GAITAN, JR., United States District Judge for the Western District of Missouri.